UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAN MAY YEN,<br><br>              Plaintiff,<br><br>     v.<br><br> KO CHEUK YIN,<br><br>              Defendant. | CASE NO. 2:24-cv-00919-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion for Reconsideration.  Dkt. # 18.  The motion fails to meet the standard of LCR 7(h)(1).  Accordingly, the Court DENIES the motion.

Dated this 12th day of August, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1